IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES COLLINS, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARTEX SYSTEMS, INC. | : | NO. 09-4075 |

## ORDER

**AND NOW**, this 12th day of May, 2010, upon consideration of Third-Party Defendant, Cornell & Company, Inc.'s, Motion to Dismiss the Third-Party Complaint and the response filed in opposition, it is hereby **ORDERED** that Cornell & Company Motion (Doc. No. 14) is **GRANTED**. All of Third-Party Plaintiff, Artex Systems, Inc.'s, claims against Cornell & Company are dismissed.

BY THE COURT:

/s/ Mitchell S. Goldberg

**Mitchell S. Goldberg, J.**